Odell v. Inyo County Sheriff's Department, et al.                                                                          Doc. 4

Case 1:06-cv-00658-OWW-SMS   Document 4   Filed 06/08/2006   Page 1 of 2

```
                        UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF CALIFORNIA


PATRICK RICHARD O'DELL,        ) 1:06-cv-00658-OWW-SMS
                               )
              Plaintiff,       ) ORDER INFORMING PLAINTIFF THAT
                               ) THE SUMMONS ISSUED ON JUNE 6,
                               ) 2006, SHALL NOT BE SERVED UNTIL
     v.                        ) FURTHER ORDER OF THE COURT (DOC.
                               ) 3)
INYO COUNTY SHERIFF'S          )
DEPARTMENT,                    )
at al.,                        )
                               )
              Defendants.      )
                               )
_____)
```

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations which was transferred to this Court on May 30, 2006. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Plaintiff filed an application to proceed in forma pauperis. The application has not been ruled on by the Court. Further, if in forma pauperis status is granted, then before service will be ordered, the complaint must be screened by the Court pursuant to 28 U.S.C. § 1915(e)(2). Therefore, service at this time of the summons issued on June 6, 2006, would be inappropriate.

1

1      Plaintiff IS INFORMED AND DIRECTED that the summons issued
2 by the Court on June 6, 2006, SHALL NOT BE SERVED until a further
3 order of the Court directs service. The Court will proceed to
4 determine the application to proceed in forma pauperis in due
5 course; if the application is granted, then the Court will screen
6 the complaint and, when appropriate, will issue an order
7 directing service of the summons and complaint.

9 IT IS SO ORDERED.

10 **Dated:   June 7, 2006**         **/s/ Sandra M. Snyder**
    icido3                      UNITED STATES MAGISTRATE JUDGE