UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
PATRICK RICHARD O'DELL,        )  1:06-cv-00658-OWW-SMS
                               )
            Plaintiff,         )  ORDER RE: FINDINGS AND
                               )  RECOMMENDATION TO REVOKE
                               )  PLAINTIFF'S IN FORMA PAUPERIS
     v.                        )  STATUS (DOC. 8)
                               )
INYO CO. SHERIFFS DEPT.,       )
et al.,                        )
                               )
            Defendants.        )
                               )
_____)
```

    Plaintiff is proceeding pro se with an action concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On August 7, 2006, the undersigned Magistrate Judge filed findings and a recommendation that Plaintiff's in forma pauperis status be revoked. The findings and recommendations were served on all parties on the same date.

    On September 6, 2006, Plaintiff filed objections to the findings and recommendation. The undersigned has considered the objections and has determined there is no need to modify the

1

findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, it IS ORDERED that:

1. The findings and recommendations filed August 7, 2006, are ADOPTED IN FULL; and

2. The Court exercises its discretion TO REVOKE Plaintiff's in forma pauperis status and his privilege to proceed without prepayment of costs and fees; and

3. Plaintiff IS DIRECTED to proceed to serve the summons and first amended complaint. IT IS SO ORDERED.

**Dated:   September 22, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

2