1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
9
10
11 **RICHARD PATRICK O'DELL,           )**
                                     **)**
12                                   **)**
              **Plaintiff,           )        1:06-cv-0658 OWW SMS**
13                                   **)**
       **v.                          )**
14                                   **)**
   **INYO CO. SHERIFFS DEPT.,        )        ORDER RE SERVICE OF SUMMONS**
15 **et al.,                         )        AND AMENDED COMPLAINT**
                                     **)**
16            **Defendant            )**
   **_____)**
17

18     **On September 26, 2006, the Court issued an Order adopting the**
19 **findings and recommendation of the magistrate judge and directed**
20 **that the plaintiff proceed to serve the summons and first amended**
21 **complaint.  The order failed to set a deadline for this to be**
22 **completed.**
23     **It is hereby ordered that the plaintiff shall serve the**
24 **summons and first amended complaint upon all defendants in**
25 **compliance with Rule 4 of the Federal Rules of Civil Procedure**
26 **within 20 days of service date of this order.  The plaintiff shall**
27 **file the return of service within 10 days thereafter or this matter**
28
                                     1

1  **will be dismissed for failure to prosecute.**
2      **It is also noted that the plaintiff failed to appear at the**
3  **scheduling conference which was set in this matter for**
4  **October 11, 2006, further violation of the rules of court will**
5  **result in appropriate** sanctions. IT IS SO ORDERED.

6  **Dated:   October 12, 2006**                    /s/ Oliver W. Wanger
   emm0d6                                    UNITED STATES DISTRICT JUDGE

2