UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
PATRICK RICHARD O'DELL,          )
                                 )   1:06-CV-0658 OWW SMS
                                 )
              Plaintiff,         )
                                 )
     v.                          )   ORDER DISMISSING ACTION
                                 )
INYO COUNTY SHERIFF'S, DEPT.,    )
et al.,                          )
                                 )
              Defendant.         )
                                 )
_____)
```

By Order dated December 26, 2006, the Court directed the plaintiff to file a second amended complaint in this matter within 20 days.  As of this date no amended complaint has been filed.

This action is ordered dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   March 26, 2007**             **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

1